IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 12-20047 |
| Deborah Smith | Hon. Jack B. Schmetterer |
| Debtor, | Chapter 13 |
| Deborah Smith | |
| | Adv No. 12-1253 |
| Plaintiff | Hon. Jack B. Schmetterer |
| v. | |
| Ocwen Loan Servicing LLC | |
| Defendant | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against Ocwen Loan Servicing LLC, the following findings of fact and conclusions of law are made and will be entered:

1. Plaintiff is an individual residing at 2836 190th Street, Lansing, IL 60438. The Plaintiff filed for relief under Chapter 13 of title 11 of the United States Code on 5/16/2012.

2. The Plaintiff is also the owner of a different parcel of real estate located at 1378 Woodview Drive, Calumet City, Illinois. The Plaintiff does not occupy this property as her primary residence.

3. Ocwen Loan Servicing LLC is a lender and/or servicer of mortgages.

4. Ocwen Loan Servicing LLC holds or services a first (and only) mortgage securing the non-residential property located at 1378 Woodview Drive, Calumet City, Illinois. This property is legally described as:

Parcel ID: 30-19-223-029-0000.

5. The fair market value of this property is $27,880.

6. The unpaid principal balance due to Ocwen Loan Servicing LLC is $111,524.

4. This adversary proceeding arises under sections 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157 and 1334 and this is a core proceeding under 28. U.S.C. § 157.

9. Under 11 U.S.C. §§ 506(a) and 506(d), Ocwen Loan Servicing LLC's claim is only secured to the extent of the value of the collateral.

10. The amount owed on the mortgage loan ($111,524) exceeds the value of the property ($27,880).

11. Because the debtor does not occupy the property as her residence, she may bifurcate the mortgage securing that property. 11 U.S.C. §§ 506(a), (d), 1332(b)(2), Holloway v. U.S., 2001 WL 1249053 (N.D. Ill. Oct. 16, 2001); In re Waters, 276 B.R. 879 (N.D. Ill 2002); In re Pond, 252 F.3d 122 (2nd Cir. 2001); In re McDonald, 205 F.3d 606 (3rd Cir. 2000); In Re Bartee, 212 F.3d 277 (5th Cir. 2000); In Re Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002); In re Tannter, 217 F.3d 1357 (11th Cir. 2000).

Signed: _____
Jack B. Schmetterer

Oct 23, 2012

OCT 23 2012

Prepared by:
Jonathan D. Parker
Attorneys for Plaintiffs
Geraci Law LLC
55 E. Monroe St., Suite 3400
Chicago, IL 60603